FILED IN
COURT OF CRIMINAL APPEALS

February 23, 2015

ABEL ACOSTA, CLERK

PD-0857-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/20/2015 3:45:38 PM
Accepted 2/23/2015 8:14:52 AM
ABEL ACOSTA
CLERK

NO. PD-0857-14
IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

---

14-12-00642-CR
IN THE COURT OF APPEALS
FOURTEENTH DISTRICT OF TEXAS
HOUSTON, TEXAS

---

KENNETH LEE DOUDS,
                    Appellant

v.

STATE OF TEXAS,
                    Appellee

---

On Petition for Discretionary Review from the
Fourteenth Court of Appeals in Cause No. 14-12-00642-CR, reversing the trial court in Cause No. 180270 in County Court at Law No. 1 of Brazoria County, Texas

---

**APPELLEE'S NOTIFICATION OF APPEARANCE AT ORAL ARGUMENT**

---

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

The Appellee in Cause No. 180270 in the County Court at Law No. One of Brazoria County, Texas, respectfully submits this Appellee's Notification of

1

Appearance at Oral Argument and would respectfully inform the Court of the following:

Charles Adams will be representing the Appellee at oral argument on Wednesday, March 18, 2015 at 9:00 A.M. in the above styled and number cause, before the Court of Criminal Appeals in Austin, Texas.

Respectfully submitted,

**CHARLES D. ADAMS, IV**

By: */s/ Charles D. Adams*
Charles D. Adams, IV
Texas Bar No.: 24026760
7930 Broadway, Suite 106
Pearland, Texas 77546
cadams4@gmail.com
Tel. (281) 412-4151
Fax. (281) 412-4581
Attorney for Kenneth Lee Douds

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of February, 2015, a true and correct copy of the above, attached and foregoing Appellee's Notification of Appearance at Oral Argument was served upon the Brazoria County District Attorney's Office in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure and a copy was also served on the State Prosecuting Attorney in compliance with Rule 68.11 of the Rules of Appellate Procedure.

Jeri Yenne
District Attorney
111 E. Locust, Suite 408A
Angleton, Texas 77515
Texas Bar No. 04240950
Email: melodye@brazoria-county.com
Fax: (979) 864-1525

David Bosserman
Assistant District Attorney
111 E. Locust, Suite 408A
Angleton, Texas 77515
Texas Bar No. 02679520
Email: davidb@brazoria-county.com
Fax: (979)864-1525

3

Lisa C. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711
Texas Bar No. 13803300
Email: Lisa.McMinn@spa.texas.gov
Email: information@spa.texas.gov


*/s/ Charles D. Adams*
Charles D. Adams